IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00012-WYD-MJW

JOSEPH DETTREY,

    Plaintiff,

v.

FREDERICK J. HANNA & ASSOCIATES, P.C., a Georgia corporation,

    Defendant.

## ORDER

This Matter is before the Court on the Plaintiff's Notice of Dismissal with Prejudice [Docket # 3], filed on January 10, 2007. I find that Plaintiff's Notice is requesting relief and, accordingly, construe this Notice as a Motion. The Court, having reviewed the Notice of Dismissal with Prejudice and being fully advised in the premises,

ORDERS that this case is **DISMISSED WITH PREJUDICE**, each party to pay his or its own attorney's fees and costs.

Dated: January 12, 2007

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                U. S. District Judge